UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Lewis Richard Anderson,                      Civil No.  08-1257 (RHK/AJB)

       Petitioner,                             **ORDER**

v.

Warden Holinka,

       Respondent.
_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated June 6, 2008, all the files and records, and no objections having been filed to said Recommendation, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 3) is **ADOPTED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated:  June 30, 2008.

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge